## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| **Dawn V. Martin, Esquire** | ) | |
| **and** | ) | **Case No. 14-1644** |
| **Miguel Gallardo** | ) | |
| **Appellants,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Long and Foster Realty, Inc., *et al.*** | ) | |
| | ) | |
| **Appellees.** | ) | |

## APPELLANTS' CONSENT MOTION TO ADOPT JOINT APPENDIX FROM PRIOR APPEAL, CASE NO. 12-2119, AND TO SUPPLEMENT IT WITH UPDATED ORDERS AND TRIAL COURT FILINGS

Appellants, Dawn V. Martin, Esquire and Miguel Gallardo, through counsel,

Dawn v. Martin, respectfully request that the Court allow the parties to adopt the

previously submitted Joint Appendix in the appeal of *Martin and Gallardo v. Long*

*and Foster and Brondum*, Case No. 14-1644, for this case as well, and to

supplement that Joint Appendix to include relevant Court orders and filings that

were filed after the submission of the original Joint Appendix, as and otherwise

necessary to address the issues in the current appeal. Both Appellants consent to

this motion.

The original appeal was decided on its merits and affirmed a grant of summary judgment to the Defendants, although this Court did correct an error of law made by the trial court. This second appeal addresses two collateral issues:

1) the trial court's award of costs to the Defendants in this Fair Housing Act case, alleging housing discrimination on the bases of race and national origin; and

2) the inequity of allowing parties represented only by members of the Bar for the Eastern District of Virginia,[1] to upload color exhibits onto the electronic record, while *pro se* parties' can only submit them in hard copy.[2]

All parties and the Court will benefit from granting this motion. It will reduce the amount of paper, ink and effort used to create the Joint Appendix for this case, save space in the court's storage space and keep the cost of the Joint Appendix down by eliminating duplicate document production.

---

[1] Ms. Martin is a member of the Bar in the Fourth Circuit Court of Appeals, the U.S. District Court for the District of Maryland, the U.S. Supreme Court, the U.S. District Court for the District of Columbia, the District of Columbia, the District of Columbia and New York (inactive).

[2] The clerk electronically uploaded these photos into the record in black and white. The photos are difficult to decipher in black and white, but the color photos rebutted Defendants' claims that Ms. Martin and Mr. Gallardo "trashed" the house that Defendants refused to let them buy, when they vacated it after their 7 1/2 year tenancy in that house.

## CONCLUSION

The parties should be permitted to adopt the previously submitted Joint

Appendix in this case for citation in their Briefs, and to supplement that Joint

Appendix by beginning the supplement with page numbers that continue from the

final page number in the previous Joint Appendix.

Respectfully submitted,

/s/  Dawn V. Martin *Dawn V. Martin*

Dawn V. Martin, Esquire
*Law Offices of Dawn V. Martin*
1725 I Street, N.W., Suite 300
(202) 408-7040/(703)440-1417 telephone
(703) 440-1415 *facsimile*
*Counsel for Appellants*

3

## Certificate of Service

I hereby certify that on September 10, 2014, I electronically filed the

foregoing *Appellants' Consent Motion to Adopt Joint Appendix from Prior Appeal,*

*Case No. 12-2110, and to Supplement it with Updated Orders and Trial Court*

*Filings,* using the CM/ECF system which will send notification of such filing to

the following persons.

Mikhael D. Charnoff
Perry Charnoff PLLC
2300 Wilson Blvd.
Arlington, VA 22201
(703) 291-6650
(703) 563-6692
*Counsel for Defendants Long and Foster Real Estate, Inc.,*
*Long and Foster Companies, Long and Foster Realtors,*
*Patricia Knight and Susan Haughton*

Susan Earman, Esquire
Friedlander, Friedlander and Earman
1364 Beverly Road, Suite 201
McLean, Virginia 22021
(703) 893-9600
(703) 893-9650 fax
*Counsel for Defendant Johannes Brondum*

Respectfully,

/s/   Dawn V. Martin
Dawn V. Martin, Esquire
*Law Offices of Dawn V. Martin*
1725 I Street, N.W., Suite 300
(202) 408-7040/(703)440-1417 telephone
(703) 440-1415 *facsimile*
*Counsel for Appellants*

4