# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 3, 2014

_____

## RESPONSE REQUESTED
_____

No. 14-1644,    <u>Dawn Martin v. Johannes Brondum</u>
                      1:11-cv-01118-AJT-TCB

TO:    Mikhael David Charnoff
        Susan F. Earman

RESPONSE DUE: 11/17/2014

Response is required to the suggestion of bankruptcy. Response(s) must be filed by the response due date shown in this notice.

Tony Webb, Deputy Clerk
804-916-2702