FILED: November 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1644
(1:11-cv-01118-AJT-TCB)
_____

DAWN V. MARTIN; MIGUEL GALLARDO,

      Plaintiffs – Appellants,

  v.

JOHANNES BRONDUM; LONG AND FOSTER REAL ESTATE, INC.; LONG AND FOSTER COMPANIES; LONG AND FOSTER REALTORS; PATRICIA KNIGHT, a/k/a Patricia Knight Lambert; SUSAN HAUGHTON,

      Defendants – Appellees.

_____

O R D E R
_____

Upon consideration of submissions relative to the suggestion of bankruptcy filed by appellant Dawn Martin, the court stays all proceedings in this appeal pursuant to 11 U.S.C. § 362(a) pending further order of the court.

The parties are directed to file a written status report within 90 days and every 90 days thereafter on the status of the bankruptcy proceedings as they affect this appeal pending further order of this court.

For the Court

/s/ Patricia S. Connor, Clerk