FILED: March 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1644
(1:11-cv-01118-AJT-TCB)
_____

DAWN V. MARTIN; MIGUEL GALLARDO,

  Plaintiffs – Appellants,

 v.

JOHANNES BRONDUM; LONG AND FOSTER REAL ESTATE, INC.; LONG AND FOSTER COMPANIES; LONG AND FOSTER REALTORS; PATRICIA KNIGHT, a/k/a Patricia Knight Lambert; SUSAN HAUGHTON,

  Defendants – Appellees.

_____

O R D E R
_____

Upon consideration of submissions relative to the consent motion for a stay pending appeal on collection on trial court's judgment awarding costs to defendants/appellees, the court grants the motion for stay.

Entered at the direction of the panel: Chief Judge Traxler, Judge Duncan, and Judge Thacker.

           For the Court

           /s/ Patricia S. Connor, Clerk